FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA   04 APR -2  AM 8:54
SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JOHN E. MINNIFIELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 01-B-2982-S |
| ) | |
| WARDEN RALPH HOOKS, et al., ) | |
| ) | |
| Respondents. ) | |

ENTERED
APR - 2 2004

## MEMORANDUM OF OPINION

A magistrate judge's report and recommendation was filed in this case, wherein it was recommended that this habeas petition be dismissed as barred by the statute of limitations. The petitioner was given fifteen days to file objections. In response, the petitioner requests more time.

Wherefore, the court will not consider the report and recommendation. After consideration of the entire file, the court finds that the petitioner's conviction became final on April 21, 1998, and at that time the one-year limitations period began to run. Because the petitioner did not file this action until November 21, 2001, it is clearly barred by the statute of limitations.

Wherefore, this petition for writ of habeas corpus is due to be dismissed. An

appropriate order will be entered.

DONE, this __31st__ day of March, 2004.

                                                   _Sharon Lovelace Blackburn_
                                                   **SHARON LOVELACE BLACKBURN,**
                                                   UNITED STATES DISTRICT JUDGE